IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROGER WILLIAMSON, on behalf of himself )
and all others similarly situated, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 04-CV-10154 (REK)
)
)
PURDUE PHARMA, L.P., PURDUE PHARMA )
COMPANY, THE PURDUE FREDERICK )
COMPANY, PURDUE PHARMACEUTICALS )
L.P., and THE P.F. LABORATORIES, INC., )
)
Defendants. )
)

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to answer, move or otherwise respond to the Complaint. Defendants have requested, and Plaintiffs have assented to, an extension of time up to and including March 26, 2004 in which Defendants may file a responsive pleading. This extension is necessary in order to conduct a preliminary investigation of the allegations in the pleading so that a meaningful response may be made. Defendants have filed no other motions for extension of time in this Court with respect to the applicable time limitation. This motion is made for good cause and not for purposes of delay or harassment, and no party will be substantially prejudiced by the relief requested.

For the foregoing reasons, Defendants request the Court grant them leave to file their initial response to the Complaint on or before March 26, 2004, the date agreed to by Plaintiffs' counsel.

Respectfully submitted,

John T. Gutkoski (BBO #567182)
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110
Tel. No.: (617) 345-4600
Fax No.: (617) 345-4745

Timothy C. Hester
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Ave. NW
Washington, DC 20004-2401
Tel. No.: (202) 662-6000
Fax No.: (202) 778-5324

February 19, 2004

*Attorneys for Defendants*

## CERTIFICATE OF RULE 7.1(2) CONFERENCE

I, John T. Gutkoski, hereby certify the parties have conferred and assent to the relief sought in this motion.

John T. Gutkoski

## CERTIFICATE OF SERVICE

I, John T. Gutkoski, hereby certify that I have on this 19th day of February, 2004 served a copy of the within Assented-to Motion for Extension of Time to Plead on the Plaintiffs by causing a copy thereof to be delivered, in hand, to Daniel D'Angelo, Esq., Gilman and Pastor, LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugus, Massachusetts 01906.

John T. Gutkoski

February 19, 2004