IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER WILLIAMSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA, L.P., PURDUE PHARMA COMPANY, THE PURDUE FREDERICK COMPANY, PURDUE PHARMACEUTICALS L.P., and THE P.F. LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 04-CV-10154 (REK) |

## CORPORATE DISCLOSURE STATEMENT OF PURDUE PHARMA, L.P., THE PURDUE PHARMA COMPANY, THE PURDUE FREDERICK COMPANY, PURDUE PHARMACEUTICALS, L.P., AND THE P.F. LABORATORIES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, the undersigned attorney of record for Purdue Pharma, L.P., The Purdue Pharma Company, The Purdue Frederick Company, Purdue Pharmaceuticals, L.P., and The P.F. Laboratories, Inc., certifies the following:

(1) Purdue Pharma L.P. is a Delaware limited partnership with its principal place of business in Connecticut. Purdue Pharma L.P. is a privately held limited partnership and no publicly held company owns 10% or more of the partnership interests of Purdue Pharma L.P. Purdue Pharma Inc. is the general partner of Purdue Pharma L.P.

(2)     The Purdue Pharma Company is a Delaware general partnership with its principal place of business located in Stamford, Connecticut. The Purdue Pharma Company is privately held and no publicly held company owns 10% or more of the partnership interests of Purdue Pharma Company. The general partners of The Purdue Pharma Company are Purdue Pharma L.P. and The Purdue Frederick Company.

(3)     The Purdue Frederick Company is a New York corporation with its principal place of business in Connecticut. The Purdue Frederick Company is a privately held corporation and no publicly held company owns 10% or more of the corporation's stock.

(4)     Purdue Pharmaceuticals, L.P. is a Delaware limited partnership with its principal place of business in North Carolina. Purdue Pharmaceuticals, L.P. is a privately held limited partnership and no publicly held company owns 10% or more of the partnership interests of Purdue Pharmaceuticals, L.P. Purdue Pharma Inc. is the general partner of Purdue Pharmaceuticals, L.P.

(5)     The P.F. Laboratories, Inc. is a New Jersey corporation with its principal place of business in New Jersey. The P.F. Laboratories, Inc. is a privately held corporation and no publicly held company owns 10% or more of the corporation's stock.

By filing this Corporate Disclosure Statement, these parties do not waive any defenses to the Complaint, including but not limited to, lack of personal jurisdiction.

Respectfully submitted,

*[signature]*

John T. Gutkoski (BBO #567182)
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110
Tel. No.: (617) 345-4600
Fax No.: (617) 345-4745

Timothy C. Hester
Christopher N. Sipes
COVINGTON & BURLING
1201 Pennsylvania Ave. NW
Washington, DC 20004-2401
Tel. No.: (202) 662-6000
Fax No.: (202) 778-5324

February 19, 2004

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, John T. Gutkoski, hereby certify that I have on this 19th day of February, 2004 served a copy of the within Corporate Disclosure Statement of Purdue Pharma, L.P., The Purdue Pharma Company, the Purdue Frederick Company, Purdue Pharmaceuticals, L.P., and the PF. Laboratories, Inc. on the Plaintiffs by causing a copy thereof to be delivered, in hand, to Daniel D'Angelo, Esq., Gilman and Pastor, LLP, Stonehill Corporate Center, 999 Broadway, Suite 500, Saugus, Massachusetts 01906.

*[signature]*

John T. Gutkoski

February 19, 2004

51262805_1.DOC 073975-00000