AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ROGER WILLIAMSON, on behalf of himself and all others similarly situated, Plaintiff,

V.

PURDUE PHARMA L.P., PURDUE PHARMA COMPANY, THE PURDUE FREDERICK COMPANY, PURDUE PHARMACEUTICALS L.P., and THE P.F. LABORATORIES, INC., Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10154 REK**

TO: (Name and address of Defendant)

Person Designated To Accept Service
Purdue Pharmaceuticals L.P.
4701 Purdue Drive
Wilson, North Carolina 27894

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel D'Angelo
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

(By) DEPUTY CLERK



DATE 1-23-04

Roger Williamson, et. al., Plaintiff(s)
vs.
Purdue Pharma L.P., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Purdue Pharmaceuticals L.P.
Court Case No. 04 CV 10154 REK

GILMAN & PASTOR
Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

State of: NORTH CAROLINA ) ss.
County of: WILSON )

**Name of Server:** Jeffrey Jones, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 2nd day of February, 20 04, at 2:08 o'clock p M

**Place of Service:** at 4701 Purdue Drive, in Wilson, NC 27894

**Documents Served:** the undersigned served the documents described as:
**Summons and First Action Complaint w/ Jury Trial Demanded**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Purdue Pharmaceuticals L.P.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kerry Evans / Sr. Admin. Coord.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 34 ; Approx. Height 5'6" ; Approx. Weight 130 lbs.

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

2-2-04 (Date)

Subscribed and sworn to before me this 2nd day of February, 20 04

3-28-2005 (Commission Expires)

Bobby J. Helms
Notary Public
Nash County, NC
My Comm. Expires 3-28-2005

**APS International, Ltd.**
APS File #: 064039-0003