AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

ROGER WILLIAMSON, on behalf of
himself and all others similarly
situated,                    Plaintiff,

V.

PURDUE PHARMA L.P., PURDUE PHARMA COMPANY,
THE PURDUE FREDERICK COMPANY, PURDUE
PHARMACEUTICALS L.P. and THE P.F.
LABORATORIES INC.,

Defendants.

FILED
CLERKS OFFICE

2004 FEB 20  P 12: 07

## SUMMONS IN A CIVIL CASE

DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 04 CV 10154 REK

TO: (Name and address of Defendant)

Person Designated to Accept Service
The P.F. Laboratories Inc.
700 Union Boulevard
Totowa, NJ 07511

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel D'Angelo
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



1-23-04

CLERK

(By) DEPUTY CLERK

Roger Williamson, et. al., Plaintiff(s)
vs.
Purdue Pharma L.P., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

**GILMAN & PASTOR**

Ms. Janet Wallace
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

--The P.F. Laboratories Inc.
Court Case No. 04 CV 10154 REK

State of: _New Jersey_ ) ss.
County of: _Somerset_ )

**Name of Server:** _Corinthian White_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _February_, 20 _04_, at _10:40_ o'clock _A_ M

**Place of Service:** at  **700 Union Boulevard**, in  **Totowa, NJ  07511**

**Documents Served:** the undersigned served the documents described as:
**Summons and First Action Complaint w/ Jury Trial Demanded**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The P.F. Laboratories Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Paula Huettig - Administrator_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair
Approx. Age _47_ ; Approx. Height _5'9"_ ; Approx. Weight _135 lbs_

✗ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Corinthian White_
Signature of Server          (Date)

Subscribed and sworn to before me this _6th_ day of _February_, 20 _04_

_Tina Giordano_
Notary Public          (Commission Expires)

**APS International, Ltd.**

APS File #:   064039-0002

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/11/2008