AO 440 (Rev. 8/01) Summons in a Civil Action

1-23-04

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ROGER WILLIAMSON, on behalf of himself and all others similarly situated, Plaintiff

V.

PURDUE PHARMA L.P., PURDUE PHARMA COMPANY, THE PURDUE FREDERICK COMPANY, PURDUE PHARMACEUTICALS L.P., AND THE P.F. LABORATORIES INC., Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 CV 10154 REK

TO: (Name and address of Defendant)

Person Designated to Accept Service
Purdue Pharma Company
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06900

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel D'Angelo
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



1-23-04

DATE

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>Januarty 30, 2004 |
| NAME OF SERVER *(PRINT)*<br>ALAN JONES | TITLE<br>PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 201 Tresser Boulevard, Stamford, CT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/3/04
             *Date*           *Signature of Server*

Danbury, CT
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| ROGER WILLIAMSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATES<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>PURDUE PHARMA L.P., ET AL<br>Defendant(s), Respondent(s) | CLIENT: APS<br><br>INDEX NO.: 04 CV 10154REK<br><br>DATE OF FILING: 1/23/2004<br><br>JUSTICE: 064039-0001<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Alan Jones being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Danbury, CT.

Furthermore, that on **January 30, 2004 at 3:15 PM at One Stamford Forum, 201 Tresser, Stamford, CT 06901**, deponent served the **Summons and First Action Complaint and Jury Trial Demanded** upon **Purdue Pharma Company**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons and First Action Complaint and Jury Trial Demanded** with **Michaela Fossum** a person who is known to be the **Senior Administrator** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons and First Action Complaint and Jury Trial Demanded**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Blonde** Age(Approx): **21-35** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Alan Jones, Private Process Server

Sworn to before me on February 2, 2004

_____
Notary Public
My Commission Expires: 08/31/2004

