UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Roger Williamson,
        **Plaintiff**

V.

Purdue Pharma L.P., et al.
        **Defendant**

**CIVIL ACTION**

**NO. 04-10154-REK**

## ORDER OF TRANSFER

Keeton, S.D. J.

In accordance with the Court's allowance of the defendant's motion to transfer (docket no.9) on __April 7, 2004__, it is hereby ORDERED that the above-entitled action be and hereby transferred to the United States District Court, Southern District of New York.

By the Court,

__April 7, 2004__　　　　　　　　　　　　　　__/S/ Craig J. Nicewicz__
      Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Dismendo.ord - 09/92)　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]